# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

Denice Morgan
Plaintiff(s)

Case Number: <u>1:05CV0967 RMC</u>

vs

Michael L. Dominguez, Secretary of the Air Force
Defendant(s)

### AFFIDAVIT OF SERVICE

I, Alex M. Hernandez, hereby certify that on June 9, 2005 at 11:45 AM, I executed service of process upon **DONNA DANTZLER, MAIL CLERK, AUTHORIZED TO ACCEPT SERVICE OF THE HONORABLE ALBERTO GONZALES, ATTORNEY GENERAL OF THE UNITED STATES OF AMERICA** at U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530, by delivering to and leaving with personally, copies of Summons in a Civil Case, Notice of right to Consent to Trial Before a United States Magistrate Judge, Complaint Initial Electronic Case Filing Order.

Donna Dantzler is described as a Black Female, approximately 5' 5" tall, 190-200 pounds, Brown eyes, Black hair, and 40-45 years of age. The undersigned further certifies that my place of business is: 331 8th Street, NE, Washington, DC 20002; that I am 40 years of age, Date of Birth 12/1/64; and that I am not a party to this action.

The cost of service is $45.00

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on June 16, 2005.

Date June 16, 2005.

_____
Alex M. Hernandez

WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on June 16, 2005.

_Shandora Dobson_ _____

My Commission Expires:     Shandora Dobson
Notary Public, District of Columbia
My Commission Expires 12-14-2008