# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

Denice Morgan
Plaintiff(s)

vs

Michael L. Dominguez, Secretary of the Air Force
Defendant(s)

Case Number: <u>1:05CV0967 RMC</u>

### AFFIDAVIT OF SERVICE

I, Alex M. Hernandez, hereby certify that on June 1, 2005 at 12:40 PM, I executed service of process upon **COL. SOLBEL, AUTHORIZED TO ACCEPT SERVICE FOR MICHAEL L. DOMINGUEZ, SECRETARY OF THE AIR FORCE** at 1501 18th Street, Rossyln, VA , by delivering to and leaving with personally, copies of Summons in a Civil Case, Notice of right to Consent to Trial Before a United States Magistrate Judge, Complaint Initial Electronic Case Filing Order.

Col. Solbel is described as a White Male, approximately 5' 10" tall, 180-190 pounds, Brown eyes, Grey hair, and 47 years of age. The undersigned further certifies that my place of business is: 331 8th Street, NE, Washington, DC 20002; that I am 40 years of age, Date of Birth 12/1/1964; and that I am not a party to this action.

The cost of service is $65.00

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on June 9, 2005.

Date June 9, 2005.

_____
Alex M. Hernandez

WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on June 9, 2005.

_Shandora Dobson_

My Commission Expires:   Shandora Dobson
Notary Public, District of Columbia
My Commission Expires 12-14-2008