# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

Denice Morgan
Plaintiff(s)

Case Number: 1:05CV0967 RMC

vs

Michael L. Dominguez, Secretary of the Air Force
Defendant(s)

## AFFIDAVIT OF SERVICE

I, Alex M. Hernandez, hereby certify that on May 31, 2005 at 11:45 AM, I executed service of process upon **LORI COX, LEGAL ASSISTANT, AUTHORIZED TO ACCEPT SERVICE OF THE UNITED STATES ATTORNEY FOR THE DISTRICT OF COLUMBIA** at 555 4th Street NW, Washington, DC 20001, by delivering to and leaving with personally, copies of Summons in a Civil Case, Notice of right to Consent to Trial Before a United States Magistrate Judge, Complaint Initial Electronic Case Filing Order.

Lori Cox is described as a Black Female, approximately 5' 3" tall, 100-110 pounds, Brown eyes, Black hair, and 35 years of age. The undersigned further certifies that my place of business is: 331 8th Street, NE, Washington, DC 20002; that I am 40 years of age, Date of Birth 12/1/1964; and that I am not a party to this action.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on June 7, 2005.

Date June 7, 2005.

_____
Alex M. Hernandez

WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on June 7, 2005.

_____

My Commission Expires:   Shandora Dobson
Notary Public, District of Columbia
My Commission Expires 12-14-2008