UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENICE MORGAN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL L. DOMINGUEZ, Secretary of the Air Force | ) Civil Action No.: 05-0967 (RMC) |
| | ) |
| Defendant. | ) |
| | ) |

**PRAECIPE**

Defendant requests that the Clerk of the Court please enter the appearance of Assistant United States Attorney Megan Rose as counsel for defendant in the above-captioned case.

Respectfully submitted,


/s/
MEGAN L. ROSE
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th St., N.W., Room E-4220
Washington, D.C. 20530
(202) 514-7220

Dated: July 25, 2005

**CERTIFICATE OF SERVICE**

I certify that the foregoing **Praecipe** was served upon plaintiff pursuant to the Court's electronic filing system, addressed to:

**Harvey J. Volzer**
**216 South Patrick Street**
**Alexandria, VA 22314**

on this 25th day of July, 2005.

_____
MEGAN ROSE
Assistant United States Attorney
Judiciary Center Building, E-4220
Civil Division
555 4th Street, NW
Washington, D.C. 20530