## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DENICE MORGAN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PETE GEREN, Acting Secretary of the Air Force,[1] | ) | Civil Action No.:  05-0967 (RMC) |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### DEFENDANT'S NOTICE OF FILING OF ADMINISTRATIVE RECORD

Defendant hereby gives notice of the filing of the administrative record in the above-captioned case.  Due to its length, the administrative record is being submitted to the Clerk's Office on a CD which will be available for public viewing between 9:00 a.m. and 4:00 p.m., Monday through Friday.  The record's certification and index are included on the CD.  A paper copy and a copy of the CD-Rom are being served on Plaintiff's counsel via overnight delivery (Federal Express) on September 21, 2005.  A courtesy copy of both are also being delivered to Chambers on September 21, 2005.

Dated: September 20, 2005.

Respectfully submitted,

KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

---

[1] Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Pete Geren, Acting Secretary of the Air Force should be automatically substituted as the defendant in this action in place of his predecessor in office, Michael Dominguez.

/s/_____
MEGAN L. ROSE, N.C. Bar # 28639
Assistant United States Attorney
555 4th Street, N.W. - Room E4220
Washington, D.C.  20530
(202) 514-7220