UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| DENICE MORGAN<br><br>                Plaintiff<br><br>v.<br><br>MICHAEL L. DOMINGUEZ**,**<br>Secretary of the Air Force<br><br>                Defendant. | Civil Action No.: 05-0967 (RMC) |

**PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME**

Plaintiff, Denice Morgan, by and through undersigned counsel, respectfully moves this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to reply or otherwise respond to Defendant's Motion to Dismiss, or, in the Alternative, for Summary Judgment. Plaintiff requests that the deadline for responding be extended, specifically from December 5, 2005 to January 13, 2006. Defendant, through counsel, graciously consented to this motion.

This enlargement of time is sought because additional time is needed for counsel for the Plaintiff to discuss key issues of the case with Plaintiff and Co-Counsel.

This extension is sought in good faith and will not unfairly prejudice any party. Allowing Plaintiff some additional time to formulate its response will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, Plaintiff respectfully requests that the time for answering or otherwise responding to Defendant's Motion to Dismiss, or, in the Alternative, for Summary Judgment be extended to January 13, 2006.

Dated: November 30, 2005

                          Respectfully submitted,

                          DENICE MORGAN
                          By Counsel

_____/S/_____
Harvey J. Volzer, DCB 263525
216 South Patrick Street
Alexandria, VA  22314
(703) 549-0446
(703) 549-0449 facsimile
Counsel for Plaintiff

_____/S/_____
Fred Goldberg, DCB 279893
7101 Wisconsin Avenue, Suite 1201
Bethesda, MD  20814
(301) 654-3300
(301) 654-1109
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I certify that the foregoing Consent Motion for Enlargement of Time was served upon defendant pursuant to the Court's electronic filing system, addressed to:

                        Megan Rose
                        Assistant United States Attorney
                        Judiciary Center Building, E-4220
                        Civil Division
                        555 4th Street, NW
                        Washington, DC  20530

on this 30th day of November, 2005.

                        _____/S/_____
                        Harvey J. Volzer