UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **DENICE MORGAN**<br><br>       **Plaintiff**<br><br>v.<br><br>**MICHAEL L. DOMINGUEZ**,<br>Secretary of the Air Force<br><br>       **Defendant.** | **Civil Action No.: 05-0967 (RMC)** |

## PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME

Plaintiff, Denice Morgan, by and through undersigned counsel, respectfully moves this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to reply or otherwise respond to Defendant's Motion to Dismiss, or, in the Alternative, for Summary Judgment. Plaintiff requests that the deadline for responding be extended specifically from February 1, 2006 to February 20, 2006. This is Plaintiff's first request for an enlargement of time in this case, and no scheduling order has been entered. Defendant, through counsel, graciously consented to this motion.

This enlargement of time is sought for the following reasons:

1. Counsel for Plaintiff's father-in-law unexpectedly passed away on January 22, 2006. He spent the week of January 22, 2006 in Pittsburgh making funeral arrangements for his father-in-law and tending to matters of his estate.

2. Because of the death of his father-in-law Counsel had to reschedule matters set for that week. This has prevented completion of the opposition.

3. Counsel has a Show Cause hearing in Fauquier County General District Court on February 2, 2006 (Commonwealth v. Michael White, Docket No. T05-9352), a brief

due on February 3, 2006 in <u>Branch v. Connection Newspapers</u>, a hearing in Alexandria City Circuit Court (<u>Romaine v. Easa</u>), an administrative appeal on February 6, 2006 (Theodore S. Kolbert, III/Secret Service), a deposition on February 6, 2006 (<u>McLaughlin</u>), a brief in Fredericksburg Circuit Court (<u>Scarborough v. Mary Washington Hospital</u>, Case No. 03-60), a hearing on February 8, 2006 in Alexandria City Circuit Court (<u>Richardson-Jones v. Branch</u>, At Law No. CL 05 001251), a hearing in Fairfax Circuit Court on February 10, 2006 (<u>Butenko, et al. v. Franklin</u>), a trial in Alexandria City Circuit Court on February 14, 2006 (<u>Commonwealth v. Stickell</u>, Case No. 05-161977), depositions in <u>Butenko v. Franklin</u> on February 16, 17 and 21, 2006 and a sentencing hearing in <u>U.S. v. Kent Kiser</u>, (Docket No. 05-00493-A) on February 17, 2006.  Counsel also has depositions in <u>Richardson-Jones v. Branch</u> on February 23-24, 2006.

This extension is sought in good faith and will not unfairly prejudice any party. Allowing Plaintiff some additional time to formulate its response will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, Plaintiff respectfully requests that the time for answering or otherwise responding to Defendant's Motion to Dismiss, or, in the Alternative, for Summary Judgment be extended to February 20, 2006.

Dated: January 30, 2006

                                        Respectfully submitted,

                                        DENICE MORGAN
                                        By Counsel

_____/S/_____
Harvey J. Volzer, DCB 263525
216 South Patrick Street
Alexandria, VA  22314
(703) 549-0446
(703) 549-0449 facsimile
Counsel for Plaintiff

_____/S/_____
Fred Goldberg, DCB 279893
7101 Wisconsin Avenue, Suite 1201
Bethesda, MD  20814
(301) 654-3300
(301) 654-1109
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I certify that the foregoing Consent Motion for Enlargement of Time was served upon defendant pursuant to the Court's electronic filing system, addressed to:

> Megan Rose
> Assistant United States Attorney
> Judiciary Center Building, E-4220
> Civil Division
> 555 4th Street, NW
> Washington, DC  20530

on this 30th day of January, 2006.

_____/S/_____
Harvey J. Volzer