UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| DENICE MORGAN<br><br>    Plaintiff<br><br>v.<br><br>PETE GEREN, Acting Secretary of the Air Force,<br><br>    Defendant.[1] | Civil Action No.: 05-0967 (RMC) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of civil Procedure, Plaintiff Denice Morgan, and Defendant Pete Geren (formerly Michael L. Dominguez), Acting Secretary of the Air Force, in his official capacity, hereby stipulate to the dismissal, with prejudice, of Plaintiff's claims in the above-captioned lawsuit, with each party to bear his or her own costs, fees and expenses. A proposed Order of Dismissal With Prejudice is attached.

Respectfully Submitted,

DENICE MORGAN
By Counsel

_/s/ Harvey J. Volzer_
Harvey J. Volzer
DCB 263525
216 South Patrick Street
Alexandria, VA 22314
(703) 549-0446
(703) 549-0449 facsimile
Counsel for Plaintiff

_/s/ Kenneth L. Wainstein_
Kenneth L. Wainstein, D.C. Bar # 451058
United States Attorney

_/s/ R. Craig Lawrence_
R. Craig Lawrence, D.C. Bar # 171538
Assistant United States Attorney

---

[1] Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Pete Geren, Acting Secretary of the Air Force should be automatically substituted as the defendant in this action in place of his predecessor in office, Michael Dominguez.

Megan L. Rose, N.C. Bar # 28639
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
Tel. 202-514-7220

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **DENICE MORGAN**<br><br>　　　　**Plaintiff**<br><br>v.<br><br>**PETE GEREN**, Acting<br>Secretary of the Air Force,<br><br>　　　　**Defendant.** | Civil Action No.: 05-0967 (RMC) |

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Stipulation of Dismissal with Prejudice of Denice Morgan's claims against Defendant Pete Geren (formerly Michael L. Dominguez), Acting Secretary of the Air Force, in his official capacity, it is hereby

ORDERED that the above-captioned case is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: _____

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Rosemary M. Collyer
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge